**ASSOCIATED INDEMNITY COMPANY v. John THOMAS, and Wm. A. Marshall, Deputy Comm'r, United States Compensation Commission, 14th District.**
**No. 7387.**

Circuit Court of Appeals, Ninth Circuit.
Sept. 11, 1934.

See, also, 71 F.(2d) 235, 420.

E. L. McDougal and Lawrence Lister, both of Portland, Or., for appellant.

W. A. Illidge, of Portland, Or., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motions of appellee Thomas to dismiss appeal and for damages for frivolous appeal and oral argument thereon of counsel, ordered motion for damages denied, appeal dismissed, and a decree of dismissal filed and entered accordingly.

**John Percy BELL, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**
**No. 7189.**

Circuit Court of Appeals, Fifth Circuit.
Oct. 6, 1934.

In forma pauperis.

John Percy Bell, of Atlanta, Ga., in pro. per.

H. T. Nichols, Sp. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**Otis BERMERS, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**
**No. 7186.**

Circuit Court of Appeals, Fifth Circuit.
Oct. 6, 1934.

In forma pauperis.

Otis Bermers, of Atlanta, Ga., in pro. per.

Lawrence S. Camp, U. S. Atty., H. T. Nichols, Sp. Atty., and I. K. Hay, Asst. U. S. Atty., all of Atlanta, Ga., for appellee.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.

**BORAX CONSOLIDATED, Inc., Appellant, v. PACIFIC IRON & STEEL COMPANY et al., Appellees.**
**No. 7299.**

Circuit Court of Appeals, Ninth Circuit.
Oct. 8, 1934.

Newlin & Ashburn, of Los Angeles, Cal., for appellant.

Walter H. Moses, of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.